Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. #101967]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: bhadsell@hadsellstormer.com
  dstormer@hadsellstormer.com
  dwashington@hadsellstormer.com

Attorneys for Plaintiff
SUSAN PECK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PECK, COURTNEY MONO, and WHITNEY MONO, individually and as surviving heirs and successors in interest of PAUL MONO (deceased),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, SHERIFF-CORONER SANDRA HUTCHENS, in her individual and official capacities, ANTHONY MONTOYA, MICHAEL JOHNSON, BRAD CARRINGTON, BRENT LIND, JOHN FREY, AARON McFATRIDGE, and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-04654 DSF (AFMx)<br><br>[Assigned to the Honorable Dale S. Fischer – Courtroom 7D]<br><br>**PLAINTIFF'S [PROPOSED] VOIR DIRE**<br><br>FPTC:        April 24, 2023<br>TIME:        3:00 p.m.<br>CRTRM:    7D (First Street Courthouse)<br><br>Complaint filed:     May 31, 2019<br>Exp Disc Cut-Off: October 23, 2020<br>Motion Cut-Off:    November 16, 2020<br>Trial Date:            May 23, 2023 |

PLTF'S [PROP] VOIR DIRE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby submits the following Proposed Voir Dire.

1. What city or part of town do you live in currently, and where have you lived in the past?
2. Where did you grow up?
3. Have you ever been on a jury before? Civil or criminal? When? Was a verdict reached? Did you serve as a foreperson or presiding juror?
4. Do you know any of the parties or witnesses in this case?
5. Do you have personal knowledge of any of the facts of this case?
6. Is there any reason you feel you should not serve as a juror in this kind of case?
7. Occupation and employer. For how long?
8. Have you ever had supervisory responsibility in your job?
9. Do you own a business? What kind of business?
10. Do you own property?
11. What is the highest level of education you have completed?
    a. Where did you attend high school?
    b. [If applicable] What college or university did you attend?
12. What is your marital status?
    a. Occupation and employer of spouse?
13. If you have children, tell us how many, and if your children are adults, what are their occupations and if they attended college, where?
14. If you donate money to any organizations or causes, which ones and why?
15. Do you know, or are you related to, anyone who has ever worked or volunteered for:
    a. Police or sheriffs?
    b. Prisons or jails?

   c. Highway patrol?
   d. FBI?
   e. Border Patrol?
   f. Drug Enforcement Administration?
   g. Any other Law Enforcement agency?
   h. City Attorney or District Attorney?

16. Have you ever considered working for any of the previously mentioned agencies?

17. Are you more likely to trust the testimony of a police officer over the testimony of a civilian?

18. Are you more likely to trust the testimony of someone who has served in the military over the testimony of someone who has not served in the military?

19. Does anyone have any knowledge, experience, or training with firearms?

20. Have you or anyone close to you ever been involved in a lawsuit either as a plaintiff or a defendant?

21. Have you ever felt you had reason to sue, but didn't? Why didn't you?

22. Do you think that lawsuits cause problems these days?

23. Has anyone ever had a particularly positive or particularly negative experience with law enforcement?

24. Some people think that we as a society have gone overboard in protecting people's civil rights. Do any of you feel you agree with this concept, and if so, why?

25. Some people think that it is wrong to judge the actions of officers out in the field. Do any of you feel this way, that you could not judge the actions of a police officer out in the field? OR Some people feel that the job of people in law enforcement is so difficult and important that it is wrong to second-guess them by punishing them for wrongdoing which occurs in the course

of their job performance. Would you agree that it is wrong to punish law enforcement officers?

26. If you find that the plaintiff's spouse in this case was killed by the defendants' wrongful conduct, you will be asked to assign a monetary value for that harm. Do you have any philosophical, moral, or other objection to assigning a monetary amount to physical injuries and pain?

27. Is there any part of you that feels hesitance or concern with the idea of putting a dollar value on the harm caused by the violation of someone's civil rights?

28. You may be asked to determine if an award of punitive damages is appropriate in this case, and if so, how much is appropriate. Punitive damages are intended to punish a wrongdoer and set an example. Some people have a difficult time with those kinds of damages. How do you feel about setting an amount of money that the defendant has to pay as punishment for the wrong they did, and as an example to other people that might otherwise do the same?

Dated: April 11, 2023     Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: /s/ David Clay Washington
　　　Barbara Enloe Hadsell
　　　Dan Stormer
　　　David Clay Washington
Attorneys for Plaintiff