JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PECK,<br>    Plaintiff,<br><br>             v.<br><br>COUNTY OF ORANGE, et al.,<br>    Defendants. | 2:19-cv-04654-DSF-AFMx<br><br><br>JUDGMENT |

The case having been tried to a jury with a verdict returned,

IT IS ORDERED AND ADJUDGED that:

(1) Plaintiff Susan Peck, as representative of the Estate of Paul Mono, recover $5,648,000 from Defendant County of Orange on the Estate's Americans with Disabilities Act claim;

(2) Plaintiff Susan Peck, recover $105,600 from Defendants Anthony Montoya, Michael Johnson, Brent Lind, Brad Carrington, and John Frey, jointly and severally, on her negligence claim;

(3) Plaintiff's other claims are dismissed with prejudice; and

(4) Plaintiff recover pre- and post-judgment interest to the degree allowed by applicable law.

    The Court retains jurisdiction to enforce this judgment as well as to consider any relevant post-judgment motions, including a motion for fees and costs and a motion for new trial.

Date: September 22, 2025

_Dale S. Fischer_
Dale S. Fischer
United States District Judge

2