# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PECK, COURTNEY MONO, and WHITNEY MONO, individually and as surviving heirs and successors in interest of PAUL MONO (deceased),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, SHERIFF-CORONER SANDRA HUTCHENS, in her individual and official capacities, ANTHONY MONTOYA, MICHAEL JOHNSON, BRAD CARRINGTON, BRENT LIND, JOHN FREY, AARON McFATRIDGE, and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-04654 DSF (AFMx)<br><br>[Assigned to the Honorable Dale S. Fischer – Courtroom 7D]<br><br>**ORDER RE: JOINT STIPULATION RE: PROPOSED BRIEFING SCHEDULE AND DEADLINES FOR:**<br>- **DEFENDANTS' MOTION FOR NEW TRIAL**<br>- **PLAINTIFFS' MOTION FOR ATTORNEY FEES**<br>- **PLAINTIFFS' APPLICATION TO TAX COSTS**<br>- **PLAINTIFFS' REQUEST FOR PRE-/POST-JUDGMENT INTEREST**<br><br>[*Filed concurrently herewith: Jt Stip re Prop Briefing*]<br><br>Complaint filed: May 31, 2019<br>Trial Date: January 14, 2025 |

# ORDER

Based on the Stipulation of the Parties, and good cause appearing therefor, the Court **GRANTS** the Parties' Stipulation and **ORDERS** as follows:

1. Defendants' Motion for New Trial to be filed by **October 20, 2025**;
2. Plaintiff's Opposition to Motion for New Trial to be filed by **October 27, 2025**;
3. Defendants' Reply to be filed by **November 3, 2025**;
4. Hearing to be set for **November 17, 2025** at 1:30 p.m.

Regarding Plaintiff's Motion for Attorneys' Fees:

1. Plaintiff to provide Defendants with an updated, final Joint Statement spreadsheet by **December 1, 2025**;
2. Defendants to provide their objections and other input into the Joint Statement spreadsheet by **December 19, 2025**;
3. Plaintiff to file the Fee Motion by **January 19, 2026**;
4. Defendants to file their Opposition to the Fee Motion by **February 2, 2026**;
5. Plaintiff to file the Reply by **February 16, 2026**;
6. Hearing to be set for **March 2, 2026**.

In addition, Plaintiffs may file their Application to Tax Costs and any request for pre- or post-judgment interest no later than January 19, 2026.

**IT IS SO ORDERED.**

DATED: September 30, 2025

_____
The Honorable Dale S. Fischer
United States District Judge

-1-