# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PECK, etc., et al.,<br>   Plaintiffs,<br><br>        v.<br><br>COUNTY OF ORANGE, et al.,<br>   Defendants. | 2:19-cv-04654-DSF-AFMx<br><br><br>AMENDED JUDGMENT |

The case having been tried to a jury with a verdict returned,

IT IS ORDERED AND ADJUDGED that:

(1) Plaintiff Susan Peck, as representative of the Estate of Paul Mono, recover $5,648,000 from Defendant County of Orange on the Estate's Americans with Disabilities Act claim;

(2) Plaintiff Susan Peck, recover $105,600 from Defendants Anthony Montoya, Michael Johnson, Brent Lind, Brad Carrington, and John Frey, jointly and severally, on her negligence claim;

(3) Plaintiff's other claims are dismissed with prejudice; and

(4) Plaintiff recover post-judgment interest beginning from September 23, 2025 at the rate of 3.61% on the Americans with Disabilities Act recovery and at the rate of 7% on the negligence recovery.

     The Court retains jurisdiction to enforce this judgment as well as to consider any relevant post-judgment motions, including a motion for fees and costs.

Date: November 21, 2025

_____

Dale S. Fischer
United States District Judge